JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KLEIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BEVERLY HILLS, DANIEL CHILSON, MICHAEL PUBLICKER, CHIEF DAVID L. SNOWDEN, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO: CV13-00110 JFW (VBKx)<br><br>BEFORE THE HONORABLE<br>JOHN F. WALTER<br>COURTROOM 16<br><br>[~~JOINT PROPOSED~~] JUDGMENT |

This Court, having granted the motion for summary judgment filed by Defendants CITY OF BEVERLY HILLS, a public entity, DANIEL CHILSON, MICHAEL PUBLICKER and DAVID L. SNOWDEN, as employees of the CITY OF BEVERLY HILLS, a public entity (collectively "Defendants"), regarding the claims brought by GARY KLEIN ("Plaintiff"), by minute order dated July 29, 2015, now orders entry of judgment in favor of Defendants as follows:

///

///

///

///

1

1104142.1

1    IT IS ORDERED AND ADJUDGED that this Judgment be entered in favor of
2 Defendants and against Plaintiff GARY KLEIN, that Plaintiff take nothing, and that
3 Defendants recover their taxable costs pursuant to 28 U.S.C. section 1920, according
4 to proof.

5

6 DATED: August 3, 2015           By: _____
7                                      HONORABLE JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE

1104142.1

2